Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Jose Inocente Navacarbajal, et al.<br><br>Defendant. | Case No. CV 05-0769 REC-TAG<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses **with prejudice** the following Defendants: **Jose Inocente Navacarbajal a/k/a Jose Inocente Nava, individually and d/b/a North Forty Bar** and the above entitled action in its entirety.

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

This Dismissal is made pursuant to FRCP 41 (a).

Dated:  October 28, 2005                */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

/s/ ROBERT E. COYLE
_____                Dated: November 5, 2005
**The Honorable Robert E. Coyle**
**United States District Court**
**Eastern District of California**
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*

Page 2

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071-3161. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 3, 2005, I served:

## NOTICE OF VOLUNTARY DISMISSAL

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Mr. Robert Stanley Williams, Esquire           Attorneys for Defendant
Williams & Williams
2441 G Street
Bakersfield, CA 93301

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 3, 2005, at Los Angeles, California.

Dated: November 3, 2005            */s/ Inesa Mamidjanyan*
                                   **INESA MAMIDJANYAN**

PDF created with pdfFactory trial version www.pdffactory.com